

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————

No. 02-21-00093-CV

———————————————

IN RE N^3 OWNER, L.P. D/B/A N^3 L.P., WRIA 2017-3, L.P., WRIA 2017-2, L.P., WRIA 2017-7, L.P., AIRW 2016-6, L.P., WRIA 2016-7, L.P., WRIA 2017-5, L.P., WRIA 2017-6, L.P. AND WRIA 2017-4, L.P., Relators

Original Proceeding
96th District Court of Tarrant County, Texas
Trial Court No. 096-318102-20

Before Sudderth, C.J.; Kerr and Womack, JJ.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION

The court has considered relators' petition for writ of mandamus and is of the opinion that relief should be denied. Accordingly, relators' petition for writ of mandamus is denied.

Per Curiam

Delivered: April 9, 2021